IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 18-cv-00831-RBJ | Date: September 4, 2018 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| JOSSE ANTHONY MAZO<br>MARITZA RIASCOS<br>**Plaintiffs** | Craig A. Brand |
| v. | |
| JOHN MICHAEL MERRITT JR<br>FULL SPECTRUM NUTRITION LLC<br>FULL SPECTRUM NUTRITION INC<br>**Defendants** | Henry M. Baskerville IV |
| BRIAN ROBERT FERRERO<br>DOUGLAS EDWARD BISHOP<br>NATALIA SWINDLER<br>SACRED ROOT INC<br>**Counter Defendants** | Daniel J. Levin |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session: 3:05 p.m.

Appearance of counsel.

Discussion held on the status of the case.

**TWO WEEK JURY TRIAL** is set for **November 4, 2019, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **September 26, 2019, at 9:00 a.m**. in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Parties are

to have exchanged and conferred on jury instructions, exhibit lists and witness lists.  Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference.  A pretrial order is not needed. Parties are to submit stipulated and disputed jury instructions to chambers one week prior to the Trial Preparation Conference.

**The Court sets the following deadlines:**

Discovery cut-off:  June 30, 2019.

Dispositive motion deadline:  July 31, 2019.

Plaintiffs' expert disclosure deadline: May 15, 2019.

Defendants' expert disclosure deadline: June 5, 2019.

Rebuttal expert disclosure deadline: June 19, 2019.

The Court outlines its practice standards as to discovery disputes.

Discussion held on pleadings and settlement conference with the magistrate judge.

**ORDERED:   Parties are to submit a scheduling order, as indicated.**

Court in Recess:  3:38 p.m.             Hearing concluded.             Total time in Court:  00:33