# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00831-RBJ

JOSSE ANTHONY MAZO a.k.a. JOSSE ANTHONY MAZO-MAYORQUIN and MARITZA RIASCOS f/u/b/o MAZO-RIASCOS M.D., LLC

    Plaintiffs,

v.

JOHN MICHAEL MERRITT, JR., FULL SPECTRUM NUTRITION, LLC, a Florida limited liability company, and FULL SPECTRUM NUTRITION, INC., a Delaware corporation,

    Defendants,

**and**

JOHN MICHAEL MERRITT, JR., individually and of behalf of
himself and other members of FULL SPECTRUM NUTRITION, INC. a Delaware corporation, and FULL SPECTRUM NUTRITION, LLC, a Florida limited liability company,

    Counterclaim and Crossclaim Plaintiffs,

v.

JOSSE ANTHONY MAZO a.k.a. JOSSE ANTHONY MAZO-MAYORQUIN; MARITZA RIASCOS f/u/b/o MAZO-RIASCOS M.D., LLC; BRYAN ROBERT FERRERO; DOUGLAS EDWARD BISHOP; NATALIA SWINDLER a.k.a. NATALIA RADZIUK; FULL SPECTRUM NUTRITION INT, INC., a Florida corporation; UBIQUITOUS ASSET GROUP LLC, d/b/a FULL SPECTRUM PCR, a Florida limited liability company; ITHRIVE, LLC, a Delaware limited liability company; SACRED ROOT, INC., a Colorado corporation; and SACRED ROOT, LLC, a Colorado limited liability corporation;

Counterclaim Defendants;

**and**

FULL SPECTRUM NUTRITION, INC., a Delaware Corporation;

    Crossclaim Defendant.

## DEFENDANTS/COUNTERCLAIM AND CROSSCLAIM PLAINTIFFS' JOHN MICHAEL MERRITT, JR. AND FULL SPECTRUM NUTRITION, LLC NOTICE OF SETTLEMENT AND STATUS REPORT

Defendants/Counterclaim and Crossclaim Plaintiffs' John Michael Merritt, Jr. and Full Spectrum Nutrition, LLC (collectively the "Merritt Parties"), by and through undersigned counsel, hereby notify the Court they have agreed to a settlement in principle of this action with Plaintiffs/Counterclaim Defendants Josse Anthony Mazo a.k.a. Josse Anthony Mazo-Mayorquin, Maritza Riascos f/u/b/o Mazo-Riascos M.D., LLC and Full Spectrum Nutrition Int., Inc., Crossclaim Defendant Full Spectrum Nutrition, Inc. and Counterclaim Defendants Natalia Swindler a/k/a Natalia Radziuk, Sacred Root, Inc. and Sacred Root, LLC with respect to the claims against those parties only.

The Merritt Parties filed a Stipulation of Dismissal as to Counterclaim Defendants Natalia Swindler a/k/a Natalia Radziuk, Sacred Root, Inc. and Sacred Root, LLC on October 16, 2019. The Merritt Parties plan to file a Stipulation of Dismissal as to Plaintiffs/Counterclaim Defendants Josse Anthony Mazo a.k.a. Josse Anthony Mazo-Mayorquin, Maritza Riascos f/u/b/o Mazo-Riascos M.D., LLC and Full Spectrum Nutrition Int., Inc. by October 23, 2019.

Due to the expense of locating Counterclaim Defendant Douglas Edward Bishop, the Merritt Parties have decided not to pursue litigation against him at this time. The Merritt Parties filed a Notice of Dismissal Without Prejudice as to Counterclaim Defendant Douglas Edward Bishop on October 16, 2019.

As a result, the only remaining claims are the Merritt Parties' claims against Counterclaim

Defendants Bryan Robert Ferrero, Ubiquitous Asset Group LLC, d/b/a Full Spectrum PCR and iThrive, LLC.

The Merritt Parties plan to file a motion for entry of judgment as to Counterclaim Defendants Bryan Robert Ferrero, Ubiquitous Asset Group LLC, d/b/a Full Spectrum PCR and iThrive, LLC by November 6, 2019.

Respectfully submitted this 16th day of October, 2019.

Respectfully submitted,

FORTIS LAW PARTNERS, LLC

*/s/ Henry M. Baskerville*
Henry M. Baskerville, Atty. Reg. #49431
Lenora B. Plimpton, Atty. Reg # 48194.
1900 Wazee Street, Suite 300
Phone Number: (303) 565-8066
Fax Number: (303) 295-9701
hbaskerville@fortislawpartners.com
lplimpton@fortislawpartners.com

*Attorneys for John Michael Merritt, Jr. and Full Spectrum Nutrition, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2019, I electronically filed the foregoing **DEFENDANTS/COUNTERCLAIM AND CROSSCLAIM PLAINTIFFS' JOHN MICHAEL MERRITT, JR. AND FULL SPECTRUM NUTRITION, LLC NOTICE OF SETTLEMENT AND STATUS REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Craig A. Brand
Ganja Law P.L.L.C.
GAI Building
618 E. South Street, Suite 500
Orlando, FL 32801
Craig@ganjalaw.com
*Attorney for Plaintiffs*

Daniel J. Levin
Levin Jacobson Japha, PC
950 S. Cherry St., Suite 912
Denver, CO 80246-2667
dlevin@ljjlaw.com
*Attorney for Counterclaim Defendants Natalia Swindler, Sacred Root, Inc. and Sacred Root, LLC*

*And by U.S. Mail to:*
Bryan Robert Ferrero
406 Elmwood Drive
Colorado Springs, CO 80907
*Individually and as registered agent for Ubiquitous Asset Group LLC, d/b/a Full Spectrum PCR and iThrive, LLC*

                                                    *s/Nicole Vanhooser*
                                                    Nicole Vanhooser
                                                    FORTIS LAW PARTNERS LLC
                                                    1900 Wazee Street, Suite 300
                                                    Denver, CO 80202
                                                    Telephone: (720) 904-6000
                                                    Facsimile: (303) 295-9701
                                                    Email: nvanhooser@fortislawpartners.com