**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00831-RBJ

JOSSE ANTHONY MAZO a.k.a. JOSSE ANTHONY MAZO-MAYORQUIN and MARITZA RIASCOS f/u/b/o MAZO-RIASCOS M.D., LLC

    Plaintiffs,

v.

JOHN MICHAEL MERRITT, JR., FULL SPECTRUM NUTRITION, LLC, a Florida limited liability company, and FULL SPECTRUM NUTRITION, INC., a Delaware corporation,

    Defendants,

**and**

JOHN MICHAEL MERRITT, JR., individually and of behalf of
himself and other members of FULL SPECTRUM NUTRITION, INC. a Delaware corporation, and FULL SPECTRUM NUTRITION, LLC, a Florida limited liability company,

    Counterclaim and Crossclaim Plaintiffs,

v.

JOSSE ANTHONY MAZO a.k.a. JOSSE ANTHONY MAZO-MAYORQUIN; MARITZA RIASCOS f/u/b/o MAZO-RIASCOS M.D., LLC; BRYAN ROBERT FERRERO; DOUGLAS EDWARD BISHOP; NATALIA SWINDLER a.k.a. NATALIA RADZIUK; FULL SPECTRUM NUTRITION INT, INC., a Florida corporation; UBIQUITOUS ASSET GROUP LLC, d/b/a FULL SPECTRUM PCR, a Florida limited liability company; ITHRIVE, LLC, a Delaware limited liability company; SACRED ROOT, INC., a Colorado corporation; and SACRED ROOT, LLC, a Colorado limited liability corporation;

    Counterclaim Defendants;

**and**

FULL SPECTRUM NUTRITION, INC., a Delaware Corporation;

    Crossclaim Defendant.

## MAZO PARTIES' AND MERRITT PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs/Counterclaim Defendants Josse Anthony Mazo a.k.a. Josse Anthony Mazo-Mayorquin, Maritza Riascos f/u/b/o Mazo-Riascos M.D., LLC, Counterclaim Defendant Full Spectrum Nutrition Int., Inc. and Crossclaim Defendant Full Spectrum Nutrition, Inc. (collectively the "Mazo Parties"), by and through their counsel, Craig A. Brand of the law firm Ganja Law P.L.L.C., and Defendants/Counterclaim and Crossclaim Plaintiffs' John Michael Merritt, Jr. and Full Spectrum Nutrition, LLC (collectively the "Merritt Parties"), by and through their counsel, Henry Baskerville of the law firm Fortis Law Partners LLC, hereby stipulate to the dismissal of all of the Mazo Parties' claims against the Merritt Parties <u>with prejudice</u>, and to the dismissal of all of the Merritt Parties' counterclaims against the Mazo Parties <u>with prejudice</u>.  The Mazo and Merritt Parties further stipulate that they shall each bear their own attorney fees and respective costs arising out of this action.

Dated this 17th day of October, 2019.

                                                **GANJA LAW P.L.L.C.**

                                                <u>*s/Craig A. Brand*</u>
                                                Craig A. Brand, Esq.
                                                GAI Building
                                                618 E. South Street, Suite 500
                                                Orlando, FL 32801
                                                Phone Number: (305) 878-1477
                                                Craig@ganjalaw.com
                                                *Attorney for Plaintiffs and Full Spectrum Nutrition Int. Inc.*

Dated this 17th day of October, 2019.

**FORTIS LAW PARTNERS LLC**

*s/ Henry M. Baskerville*
Henry M. Baskerville
Lenora B. Plimpton
1900 Wazee Street, Suite 300
Phone Number: (303) 565-8066
Fax Number: (303) 295-9701
hbaskerville@fortislawpartners.com
lplimpton@fortislawpartners.com
*Attorneys for John Michael Merritt, Jr. and Full Spectrum Nutrition, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2019, I electronically filed the foregoing **MAZO PARTIES' AND MERRITT PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Craig A. Brand
Ganja Law P.L.L.C.
GAI Building
618 E. South Street, Suite 500
Orlando, FL 32801
Craig@ganjalaw.com
*Attorney for Plaintiffs*

Daniel J. Levin
Levin Jacobson Japha, PC
950 S. Cherry St., Suite 912
Denver, CO 80246-2667
dlevin@ljjlaw.com
*Attorney for Counterclaim Defendants Natalia Swindler, Sacred Root, Inc. and Sacred Root, LLC*

*And by U.S. Mail to:*
Bryan Robert Ferrero
406 Elmwood Drive
Colorado Springs, CO 80907
*Individually and as registered agent for Ubiquitous Asset Group LLC, d/b/a Full Spectrum PCR and iThrive, LLC*

          *s/Nicole Vanhooser*
          Nicole Vanhooser
          FORTIS LAW PARTNERS LLC
          1900 Wazee Street, Suite 300
          Denver, CO 80202
          Telephone: (720) 904-6000
          Facsimile: (303) 295-9701
          Email: nvanhooser@fortislawpartners.com